# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EVERT CALDWELL,

        Plaintiff,

vs.

COMPASS ENTERTAINMENT GROUP, LLC, et al.,

        Defendants.

Case No. 2:12-cv-000458-KJD-GWF

**ORDER**

Motion to Extend Time to Serve (#24)
Motion for Service by Publication (#23)

        This matter comes before the Court on Plaintiff's Motion to Extend the Time for Service (#24) and to Allow for Service by Publication (#23), filed on July 25, 2012. Plaintiff requests the Court grant him an additional 120 days to perfect service on Defendants Thomas A. McDonald, Suzanne M. Labelle, Gregory T. McDonald, Gregory J. McDonald and Jeffrey Kranzdorf. Plaintiff further requests the Court allow him to serve these individuals by publication because he alleges they are evading service. In support of his assertions, Plaintiff only provides a personal declaration, indicating what steps the process server took in an attempt to perfect service. Generally, the Court is provided with a declaration from the process server outlining the service attempts. Without a declaration from the process server, the Court will not grant Plaintiff's request. The Court will therefore deny Plaintiff's motions without prejudice to allow Plaintiff to re-submit the motions with the attached declaration from the process server. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend the Time for Service (#24) and Motion to Allow for Service by Publication (#23) are **denied** without prejudice.

DATED this 26th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge