Evert Caldwell, Pro Se
1636 Dobbs Lane
Birmingham, Alabama 35216
Telephone (205) 777-1826
Email: evertcaldwell@gmail.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **EVERT CALDWELL**, an individual, | Civil Action No.: |
| Plaintiff, | |
| vs. | **2:12-cv-00458-KJD-GWF** |
| **COMPASS ENTERTAINMENT GROUP LLC**, a Nevada corporation; et al. | **ERRATA** |
| | **CORRECTION TO PLAINTIFF'S EXHIBIT #5 OF AMENDED COMPLAINT (DOC 44-1)** |
| Defendants | |

### CORRECTION TO PLAINTIFF'S AMENDED COMPLAINT EXHIBIT 5

On November 19 2012, Plaintiff Evert Caldwell, filed an exhibit for his Amended Complaint that was inadvertently watermarked as Exhibit 3, despite being listed as Exhibit 5 of Document 44-1 (TAJ USPC 2010 Schedule). Parties are requested to replace Page 9 of 16 in Document 44-1 with the attached exhibit bearing the intended watermark.

March 20, 2013

s/s Evert Caldwell

Evert Caldwell, Pro Se
1636 Dobbs Lane
Birmingham, Alabama 35216
Telephone (205) 777-1826
Email: evertcaldwell@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March 2013, the foregoing has been filed with the clerk of the Court for uploading to the CM/ECF system.

s/s Evert Caldwell

Evert Caldwell, Pro Se
1636 Dobbs Lane
Birmingham, Alabama 35216
Telephone (205) 777-1826
Email: evertcaldwell@gmail.com

# Exhibit 5



**2010 U.S. POKER CHAMPIONSHIP**

## VISIT PLAYTAJPOKER.COM
### FOR ALL STRUCTURES & TOURNAMENT INFORMATION
### BOOK YOUR SEATS NOW @ PTSEATS.COM

| DATE/DAY | TIME | TYPE OF GAME | BUY-IN | CHIPS | TIME/LEVEL |
|---|---|---|---|---|---|
| NOV. 1, MON | 11:15 AM | NO LIMIT HOLD'EM DEEP STACK (2-DAYS) | $360+$40 | 25K | 30 MIN |
| NOV. 2, TUE | 11:15 AM | NO LIMIT HOLD'EM | $300+$40 | 10K | 30 MIN |
|  | 2:15 PM | NO LIMIIT HOLD'EM DEEP STACK FINAL DAY |  |  | 30 MIN |
| NOV. 3, WED | 11:15 AM | NO LIMIT HOLD'EM DEEP STACK TURBO | $360+$40 | 25K | 15 MIN |
| NOV 4, THU | 11:15 AM | NO LIMIT HOLD'EM (6-MAX) | $360+$40 | 15K | 30 MIN |
| NOV. 5, FRI | 11:15 AM | NO LIMIT HOLD'EM | $550+$50 | 15K | 40 MIN |
| NOV. 6, SAT | 12:15 PM | NO LIMIT HOLD'EM DEEP STACK (2-DAYS) | $550+$50 | 25K | 40 MIN |
| NOV. 7, SUN | 12:15 PM | SEVEN CARD STUD | $550+$50 | 15K | 40 MIN |
|  | 2:15 PM | NO LIMIIT HOLD'EM DEEP STACK FINAL DAY |  |  | 40 MIN |
| NOV. 8, MON | 11:15 AM | SEVEN CARD STUD H/L 8 | $360+$40 | 15K | 30 MIN |
| NOV. 9, TUE | 11:15 AM | OMAHA H/L 8 | $360+$40 | 15K | 30 MIN |
| NOV. 10, WED | 11:15 AM | 2-WAY OMAHA H/L 8 & STUD H/L 8 | $550+$50 | 15K | 40 MIN |
| NOV. 11, THU | 11:15 AM | NO LIMIT HOLD'EM DEEP STACK (2-DAYS) | $550+$50 | 25K | 40 MIN |
| NOV. 12, FRI | 11:15 AM | NO LIMIT HOLD'EM DEEP STACK TURBO | $360+$40 | 25K | 15 MIN |
|  | 2:15 PM | NO LIMIT HOLD'EM DEEP STACK FINAL DAY |  |  | 40 MIN |
|  | 3:15 PM | POT LIMIT OMAHA H/L 8 | $360+$40 | 15K | 30 MIN |
| NOV. 13, SAT | 12:15 PM | NO LIMIT HOLDEM (2-DAYS) | $740+$60 | 15K | 50 MIN |
| NOV. 14, SUN | 11:15 AM | NO LIMIT HOLD'EM DEEP STACK TURBO | $360+$40 | 25K | 15 MIN |
|  | 2:15 PM | NO LIMIT HOLD'EM FINAL DAY |  |  | 50 MIN |
|  | 2:15 PM | POT LIMIT OMAHA HI ONLY | $360+$40 | 15K | 30 MIN |
| NOV. 15, MON | 11:15 AM | H.O.S.E ( 8-HANDS ROTATION, 2-DAYS ) | $550+$50 | 15K | 40 MIN |
| NOV. 16, TUE | 11:15 AM | NO LIMIT HOLDEM | $360+$40 | 15K | 30 MIN |
|  | 2:15 PM | H.O.S.E. FINAL DAY |  |  | 40 MIN |
| NOV. 17, WED | 11:15 AM | NO LIMIT HOLDEM | $550+$50 | 15K | 40 MIN |
| NOV. 18, THU | 11:15 AM | SUPER SATELLITE | $525+$25 | 10K | 25 MIN |
|  | 4:15 PM | SUPER SATELLITE | $525+$25 | 10K | 25 MIN |
|  | 9:15 PM | SUPER SATELLITE TURBO | $525+$25 | 10K | 15 MIN |
| NOV. 19, FRI | 10:15 AM | SUPER SATELLITE TURBO | $525+$25 | 5K | 15 MIN |
|  | 1:15 PM | **NLH CHAMPIONSHIP ( 4-DAYS ) (TV)** | $5000+$250 | 30K | 75 MIN |
| NOV. 20, SAT | 11:15 AM | LIMIT HOLDEM | $300+$40 | 10K | 30 MIN |
|  | 1:15 PM | NLH CHAMPIONSHIP DAY TWO |  |  | 75 MIN |
| NOV. 21, SUN | 11:15 AM | NO LIMIT HOLD'EM SENIORS EVENT | $300+$40 | 10K | 30 MIN |
|  | 1:15 PM | NLH CHAMPIONSHIP DAY THREE |  |  | 75 MIN |
|  | 2:15 PM | NO LIMIT HOLD'EM LADIES EVENT | $265+$35 | 10K | 30 MIN |
| NOV. 22, MON | 1:15 PM | **NLH CHAMPIONSHIP FINAL DAY** |  |  | 75 MIN |

### SUPER SATELLITE SCHEDULE
**ACT 1 ( 5K CHIPS; 20 MIN PER LEVEL )**
MON - THU @ 4:15 PM & 8:15 PM, FRI @ 4:15 PM
BUY-IN = $55+$15 ( 1 IN 10 WILL WIN A $500 VOUCHER AND $50 CASH )
**ACT 2 ( 10K CHIPS; 25 MIN. PER LEVEL )**
SAT & SUN @ 4:15 PM & 8:15 PM, FRI @ 8:15 PM
BUY-IN = $525+$25 ( 1 IN 10 WILL WIN A SEAT TO THE MAIN EVENT )

### SINGLE TABLE SATELLITES
*everyday from 9 am - 12 am*
BUY-IN / PRIZE  CHIPS/TIME
$30+$10 / $300 VOUCHER     1500/15 MIN
$40+$10 / $400 VOUCHER     1500/15 MIN
$60+$15 / $600 VOUCHER     2000/15 MIN
$80+$15 / $800 VOUCHER     2000/15 MIN
$525+$25 / ME SEAT         5000/20 MIN

For hotel room reservations, please **call 1-800-72-POKER.** Tournament Room Rate (Based on availability): **$50 SUN-THURS; $89 FRI; $99 SAT.**
Daily tournaments will be suspended during the USPC, however, the Midnight tournaments will continue as scheduled.
All tournament participants receive a **$10 FOOD VOUCHER per event.**

**FILMED FOR TELEVISION**

  

ROUNDER — THE CASINO LIFESTYLE MAGAZINE
ptseats.com — Play smart from the start
TRUMP TAJ MAHAL — MAKE IT YOUR OWN.
playtajpoker.com

STAGING AND CONDUCT OF THE TOURNAMENT IS SUBJECT TO THE APPROVAL OF THE N.J.C.C.C.
Subject to change or cancellation at management's discretion. Bet with your head, not over it.
Gambling Problem? Call 1-800-GAMBLER.