UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVERT CALDWELL,

    Plaintiff,

v.                                                   Case No.  6:14-cv-1701-Orl-40TBS

COMPASS ENTERTAINMENT GROUP LLC,
ROUNDER, INC., THOMAS A. MCDONALD,
GREGORY T. MCDONALD, JEFFREY P.
KRANZDORF and ROUNDER
ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER

Upon due consideration, Plaintiff's Motion for Ability to File Electronically Under CM/ECF (Doc. 101), is DENIED without prejudice because it does not comply with Local Rule 3.01(g).

Local Rule 3.01(g) provides that before filing most motions in a civil case, the moving party shall confer with the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement certifying that the moving party has conferred with the opposing party, and that the parties have been unable to agree on the resolution of the motion.

The term "confer" in Rule 3.01(g) requires a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action and does not envision an email, fax or letter. Counsel who merely "attempt" to confer have not "conferred."  A certification to the effect that opposing counsel was unavailable for

a conference before filing a motion is insufficient to satisfy the parties' obligation to confer. See Local Rule 3.01(g).

The term "counsel" in Rule 3.01(g) includes pro se parties acting as their own counsel, thus requiring movants to confer with pro se parties and requiring pro se movants to file Rule 3.01(g) certificates.

Counsel and pro se parties must respond promptly to inquiries and communications from opponents.  Board of Governors of the Florida Bar, Ideals and Goals of Professionalism, ¶ 6.10 and Creed of Professionalism ¶ 8 (adopted May 16, 1990), available at www.floridabar.org (Professional Practice - Henry Latimer Center for Professionalism).

A party who, due to time constraints, must file a motion before complying with Rule 3.01(g), is under a duty to contact opposing counsel expeditiously after filing the motion and supplement the motion promptly with a completed Rule 3.01(g) certificate.

DONE AND ORDERED in Orlando, Florida, on November 10, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Plaintiff, pro se
    All Counsel